Shane Clayton
Nevada State Bar No. 8783
DURHAM JONES & PINEGAR
111 S. Main Street, Suite 2400
P.O. Box 4050
Salt Lake City, Utah 84110-4050
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
SClayton@djplaw.com

*Attorneys for Defendant Early Warning Services, LLC*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Thomas Pamplona,<br><br>  Plaintiff,<br><br>v.<br><br>Early Warning Services, LLC,<br><br>  Defendant. | Civil No. 2:19-cv-01000<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br>**(First Request)** |

Defendant Early Warning Services, LLC ("EWS") and Plaintiff Thomas Pamplona, by counsel, and pursuant to LR IA 6-1, submit the following Stipulation to Extend Time to File Responsive Pleading up to and including July 30, 2019. In support of the Stipulation, the parties state the following:

1. EWS was served with the Complaint through its registered agent on or around June 17, 2019 making its responsive pleading due on or around July 8, 2019.

2. The undersigned counsel for EWS was recently retained by EWS in connection with this matter and is continuing to review the allegations asserted in the Complaint.

3. Due to the undersigned's recent engagement, counsel was unable to request an extension of time prior to the expiration of the original deadline to respond to the Complaint.

4. Counsel for Plaintiff has agreed to the requested extension and the requested extension

39501215v1

will not impact any other deadlines in this case.

5. This is the first request to extend the deadline for EWS to file its responsive pleading.

6. Therefore, the parties hereby stipulate that the deadline for EWS to file its responsive pleading shall be extended through July 30, 2019.

Dated this 23rd day of July, 2019.

Respectfully Submitted,

By: /s/ Shane Clayton
Shane Clayton, Esq.
DURHAM JONES & PINEGAR
111 S. Main Street, Suite 2400
P.O. Box 4050
Salt Lake City, Utah 84110-4050

By: /s/ Miles N. Clark
Matthew I. Knepper, Esq.
Miles N. Clark, Esq.
Knepper & Clark LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129

David H. Krieger
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7-23-2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of July 2019, a copy of the foregoing was filed electronically through the Court's CM/ECF system, which causes service upon all counsel registered thereon.

/s/ Shane Clayton